# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Bryan Hardison<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      3:25-MJ- 1121<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2025__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A) | Possession with intent to distribute 280 grams or more of a mixture or substance containing cocaine base |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brandon Stryker, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/5/2025

_____
Judge's signature

City and state:     Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Brandon Stryker (hereinafter "Your Affiant"), being first duly sworn, hereby depose and state as follows:

1. Your Affiant, Detective Brandon Stryker, has been employed as an officer with the Knoxville Police Department since 2006. Your affiant is currently assigned to the KPD Organized Crime Unit, which is responsible for detecting and investigating criminal conduct in violation of Tennessee laws concerning controlled substances, organized crime, criminal conspiracies, and other criminal schemes. Your affiant is also a Task Force Officer with the Federal Bureau of Investigation and currently assigned to the FBI Safe Streets Task Force, which is tasked with investigating numerous violent crimes including bank robbery, armed robbery, kidnapping, extortion, murder for hire, firearms violations, RICO violations, and the Interstate Transportation in Aid of Racketeering statute and Hobbs Act. Your affiant has participated in numerous investigations involving illegal drugs, money laundering, homicides, shootings, kidnappings, robberies, and other general investigations of violations of state and federal laws. Your affiant has kept abreast of drug enforcement efforts, investigative techniques, methods, operations, and schemes commonly employed by individuals who violate controlled substance statutes. This affidavit is made in support of an application for an arrest warrant for Bryan HARDISON for the offense of possession with intent to distribute 280 grams or more of crack cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

2. Your Affiant is familiar with the following facts based upon personal observations and upon information officially supplied to your Affiant by members of the Knoxville Police Department's Organized Crime Unit and other law enforcement officers.

1

3. On May 5, 2025, your affiant and Officers with the Knoxville Police Department's Organized Crime Unit (KPD OCU) executed a state search warrant at the address of 5205 Skyline Dr., Knoxville, Tennessee. The state search warrant was signed by Knox County Criminal Court Judge, Honorable Scott Green, on May 2, 2025.

4. Upon execution of the warrant, Officers recovered the following from the residence: Approximately 819.9 grams of crack cocaine that field tested positive for cocaine base, approximately 69.3 grams of a white powder substance that field tested positive for cocaine, $7,192 U.S. Currency, and various items used to manufacture and distribute narcotics including plastic baggies, cooking utensils used to convert powder cocaine to crack cocaine, and cups, bowls, and plates with cocaine residue.

5. The evidence was found in various parts of the residence. Most of the suspected narcotics were found in the bathroom and kitchen area. Upon law enforcement making entry and clearing the residence, HARDISON was observed in the bathroom attempting to flush crack cocaine down the toilet, which was recovered. Cocaine, crack cocaine, and utensils used for converting powder cocaine to crack cocaine were seized from the kitchen of the residence.

6. HARDISON was transported to the KPD OCU office for an interview. Your affiant advised HARDISON about his Constitutional rights relating to *Miranda*, and he agreed to speak without legal representation. During the interview, HARDISON admitted to law enforcement that 5205 Skyline Dr., Knoxville, Tennessee is his primary residence.

7. HARDISON's NCIC criminal history records reflect prior felony convictions:

   a. Schedule VI Drugs - marijuana - 2003

   b. Schedule II - Crack cocaine (more than 5 grams) - 2012

Respectfully submitted,

_____
Task Force Officer Brandon Stryker
Federal Bureau of Investigation

Subscribed and sworn to before me on this 5th day of May 2025.

_____
DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE

3